THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DAVID FAITH,<br><br>            Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendant. | CASE NO. C14-1373 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court has received notice that the above-captioned matter has settled. Accordingly, all case deadlines, including the trial date, are hereby VACATED. The Clerk is directed to terminate the currently pending motions (Dkt. Nos. 24, 26, and 33) and close the case for statistical purposes. The parties are ordered to submit a stipulated dismissal within twenty-one (21) days, or the case will be set on for a status conference.

DATED this 19th day of February 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C14-1373 JCC
PAGE - 1